JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CLARENCE A. GIPBSIN,

                 Petitioner,

      v.

UNITED STATES, et al.,

                 Respondents.

Case No. 2:25-cv-3288-ODW-RAO

JUDGMENT

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate of Appealability.

DATED: April 22, 2025

_____

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE